**ALEX R. KESSEL (State Bar No. 110715)**
**LAW OFFICES OF ALEX R. KESSEL**
15910 Ventura Blvd., Suite 1030
Encino, California 91436
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: KesselLawFirm@gmail.com

Attorney for Defendant
**CHRISTOPHER PAN**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER PAN,<br>        Defendant, | CASE NO.: 2:19-CR-00029-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>DATE:  February 2, 2021<br>TIME:   9:30 AM<br>COURT: Honorable John A. Mendez |

IT IS HEREBY stipulated between defendant Christopher Pan, by and through his attorney, Alex R. Kessel and the United States of America, by and though its attorney, Assistant United States Attorney Veronica Alegria, that the status conference be set in this matter for April 27, 2021, at 9:30 a.m. in Courtroom 6.

The parties stipulate and agree to the continuance based on the following grounds:

1) Defense counsel needs more time to review the voluminous discovery.

2) Defense counsel needs more time to discuss disposition with the new recently assigned Government's counsel.

3) Defendant agrees to this requested continuance of the status conference.

4) The government does not object to the continuance.

The parties stipulate and agree that these are complex cases within the meaning of 18 U. S. C. § 3161 (h) (7) (B) (ii) and that the exclusion of time during the period needed for defense counsel's reasonable time for effective preparation, taking into account the exercise of due diligence within the meaning of 18 U. S. C. § 3161 (h) (7) (B) (iv), and that the ends of justice served by granting exclusion of time therefore outweigh the best interests of the public and the defendants in a speedy trial 18 U. S. C. § 3161 (h) (7) (A), and therefore defendant agrees to exclude time under the Speedy Trial Act from the date of the filing of the order until the date of the new status conference, April 27, 2021, at 9:30 a.m.

IT IS SO STIPULATED:
DATED: January 27, 2021

s/ Alex R. Kessel

ALEX R. KESSEL
Attorney for Defendant,
**CHRISTOPHER PAN**

IT IS SO STIPULATED:
DATED: January 27, 2021

s/ Veronica Alegria

VERONICA ALEGRIA
Assistant United States Attorney,
Attorney for Plaintiff,
**UNITED STATES OF AMERICA**

**<u>ORDER</u>**

IT IS SO ORDERED.

DATED: January 27, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE