**ALEX R. KESSEL (State Bar No. 110715)**
**LAW OFFICES OF ALEX R. KESSEL**
15910 Ventura Blvd., Suite 1030
Encino, California 91436
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: KesselLawFirm@gmail.com

Attorney for Defendant
**CHRISTOPHER PAN**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER PAN,<br>　　　　　Defendant, | CASE NO.: 2:19-CR-00029-JAM<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING<br><br>DATE:  August 3, 2021<br>TIME:  9:30 AM<br>COURT: Honorable John A. Mendez |

　　　　IT IS HEREBY stipulated between defendant Christopher Pan, by and through his attorney, Alex R. Kessel and the United States of America, by and though its attorney, Assistant United States Attorney Veronica Alegria, that the Sentencing Hearing in this matter be continued to November 16, 2021, at 9:30 a.m. in Courtroom 6.

　　　　The parties stipulate and agree to the continuance based on the following grounds:

1) Defense counsel needs more time to gather mitigation documents.

2) Defense counsel is healing from a herniated disc and cannot fly or travel for the next few months.

3) Defendant agrees to this requested continuance of the sentencing hearing.

4) The government does not object to the requested continuance.

IT IS SO STIPULATED:
DATED: July 29, 2021

                                               s/ Alex R. Kessel
                                               ALEX R. KESSEL
                                               Attorney for Defendant,
                                               **CHRISTOPHER PAN**

IT IS SO STIPULATED:
DATED: July 29, 2021

                                               s/ Veronica Alegria
                                               VERONICA ALEGRIA
                                               Assistant United States Attorney,
                                               Attorney for Plaintiff,
                                               **UNITED STATES OF AMERICA**

## **ORDER**

IT IS SO ORDERED.

DATED: July 29, 2021                /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE