**ALEX R. KESSEL (State Bar No. 110715)**
**LAW OFFICES OF ALEX R. KESSEL**
15910 Ventura Blvd., Suite 1030
Encino, California 91436
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: KesselLawFirm@gmail.com

Attorney for Defendant
**CHRISTOPHER PAN**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CHRISTOPHER PAN,<br>　　　　　Defendant, | CASE NO.: 2:19-CR-00029-JAM<br><br>STIPULATION AND ORDER<br>CONTINUING SENTENCING HEARING<br><br>DATE:　November 16, 2021<br>TIME:　　9:30 AM<br>COURT: Honorable John A. Mendez |

　　　　IT IS HEREBY stipulated between defendant Christopher Pan, by and through his attorney, Alex R. Kessel and the United States of America, by and though its attorney, Assistant United States Attorney Veronica Alegria, that the Sentencing Hearing in this matter be continued to February 8, 2022, at 9:30 a.m. in Courtroom 6.

　　　　The parties stipulate and agree to the continuance based on the following grounds:

1) Defense counsel is expected to begin a motions hearing on November 15, 2021, in the matter of *People v. Daed Andrade, Case No.: KA124630*, in Department F of the Los Angeles Superior Court. This is a murder case wherein the defendant is in custody. Witnesses will be called at the motions hearing which is expected to last 2 days.

2) The motions hearing will conflict with the current date and time of the Sentencing Hearing for Defendant Pan.

3) In addition, defense counsel will be out of the country from November 18, 2021, through November 29, 2021.

4) Further, defense counsel is set for trial on November 30, 2021, in the matter of *USA v. Mirela Todorova, Case No.: 2:21-cr-00244*, before Judge Virginia A. Philips in the Central District of California. This is a distribution of cocaine and MDMA case. Trial is estimated to last 2 weeks. This is a single-defendant case, wherein the defendant is in custody.

5) Defense counsel is set for trial on January 11, 2022, in the matter of *USA v. Viken Malakian, Case No.: 21-cr-00156-PA-2*, before Judge Percy Anderson in the Central District of California. This is an aggravated identity theft case. Trial is estimated to last 3 weeks. This is a two-defendant case, wherein the defendant is out of custody.

6) Defendant agrees to this requested continuance of the sentencing hearing.

7) The government does not object to the requested continuance.

IT IS SO STIPULATED:
DATED: November 4, 2021

s/ Alex R. Kessel
ALEX R. KESSEL
Attorney for Defendant,
**CHRISTOPHER PAN**

IT IS SO STIPULATED:
DATED: November 4, 2021

s/ Veronica Alegria
VERONICA ALEGRIA
Assistant United States Attorney,
Attorney for Plaintiff,
**UNITED STATES OF AMERICA**

**ORDER**

IT IS SO ORDERED.

DATED: November 4, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE